## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| EMIL N. WHITTEN | ) |
| | ) |
| | ) |
| v. | ) |
| | )  **Civil No. 06-164-P-S |
| STANLEY MOORE, et al, | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 5, 2007, his Recommended Decision (Docket No. 42). Plaintiff filed his Objection to the Recommended Decision (Docket No. 45) on September 24, 2007. The Defendants filed their Response to Plaintiff's Objection (Docket No. 48) on October 12, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendants' Motion for Summary Judgment (Docket No. 25) is **GRANTED**.

3. The Defendants' Motion to Exclude Expert Testimony (Docket No. 27) is hereby **MOOT**.

/s/George Z. Singal
Chief U.S. District Judge

Dated: October 16, 2007